NO. 07-11-00266-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 7, 2011

CHRISTOPHER LLOYD OFFICE, APPELLANT

v.

POLYXENI OFFICE, APPELLEE

FROM THE 146TH DISTRICT COURT OF BELL COUNTY;

NO. 248,465-B; HONORABLE RICK MORRIS, JUDGE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

The clerk's record in this appeal was filed June 7, 2011. Despite our order directing him to do so, appellant Christopher Lloyd Office, acting *pro se*, has not requested preparation of the reporter's record or made acceptable payment arrangements for its preparation. Nor did he file an affidavit claiming indigence.

By order of September 19, 2011, we set October 21, 2011, as the deadline for Mr. Office to file his appellate brief. His brief was not filed and he did not file a motion requesting additional time. By letter of November 2, 2011, we notified Mr. Office that unless his brief was filed by November 14, 2011, the appeal was subject to dismissal

without further notice.  Mr. Office has not filed his brief or otherwise requested relief from the November 14 deadline.

Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

James T. Campbell
Justice